UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHIVA STEIN, | : |
| Plaintiff, | : Civ. No.  1:19-cv-11926-DLC |
| v. | : |
| TIFFANY & CO., ROGER N. FARAH, ALESSANDRO BOGLIOLO, ROSE MARIE BRAVO CBE, HAFIZE GAYE ERKAN, JANE HERTZMARK HUDIS, ABBY F. KOHNSTAMM, JAMES E. LILLIE, WILLIAM A. SHUTZER, ROBERT S. SINGER, AND ANNIE YOUNG-SCRIVNER, | : |
| Defendants. | : |

---

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  February 12, 2020

Respectfully submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

/s *Gloria Kui Melwani*
Gloria Kui Melwani (GM5661)
270 Madison Avenue
New York, New York 10016
Tel:  (212) 545-4600
Fax: (212) 686-0114
Email:  melwani@whafh.com
*Attorneys for Plaintiff*