UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

SHIVA STEIN,                                      :
                                                  :
                    Plaintiff,                    :       Civ. No.   1:19-cv-11926-DLC
                                                  :
v.                                                :
                                                  :
TIFFANY & CO., ROGER N. FARAH,                    :
ALESSANDRO BOGLIOLO, ROSE MARIE                   :
BRAVO CBE, HAFIZE GAYE ERKAN,                     :
JANE HERTZMARK HUDIS, ABBY F.                     :
KOHNSTAMM, JAMES E. LILLIE,                       :
WILLIAM A. SHUTZER, ROBERT S.                     :
SINGER, AND ANNIE YOUNG-SCRIVNER,                 :
,                                                 :
                                                  :
                    Defendants.                   :
                                                  :
------------------------------------------------------------ :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/20

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

Procedure, Plaintiff hereby voluntarily dismisses her individual claims in the above-captioned

action (the "Action") with prejudice. Because this notice of dismissal is being filed with the

Court before service by Defendants of either an answer or a motion for summary judgment,

Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED: February 12, 2020                      Respectfully submitted,

                                              WOLF HALDENSTEIN ADLER
                                              FREEMAN & HERZ LLP

So ordered.
                                              /s Gloria Kui Melwani
                                              Gloria Kui Melwani (GM5661)
2/12/20                                       270 Madison Avenue
                                              New York, New York 10016
                                              Tel: (212) 545-4600
                                              Fax: (212) 686-0114
                                              Email: melwani@whafh.com
                                              Attorneys for Plaintiff